UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN ROBERT GONINAN,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, et al.,

                Defendants.

CASE NO. 3:17-cv-05714-BHS-JRC

ORDER RENOTING PENDING MOTIONS

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Plaintiff Nathan Robert Goninan (a.k.a. Nonnie M. Lotusflower) is a transgender prisoner currently housed in the Washington State Penitentiary. She filed a complaint along with a motion for temporary restraining order and a motion to appoint counsel, alleging defendants have denied her gender-affirming therapies while she is incarcerated. Dkt. 1, 8. The Court ordered that the complaint and other materials be served on defendants. Dkt. 12. However, the noting date for

plaintiff's motion for temporary restraining order had already passed and plaintiff did not ask that it be renoted. *See* Dkt. 9. Because defendants had not yet entered waivers of service or notices of appearance, the Court did not order defendants to respond to the motion for temporary restraining order at that time.

Defendants' counsel has now entered a notice of appearance, waivers of service, and a summary response to plaintiff's motions. Dkts. 13-18; 21. Plaintiff has also filed two motions for oral argument. Dkts. 19, 20. Because the noting date had passed before defendants received the motion for temporary restraining order, defendants request the motion either be denied or be renoted to allow them to respond. Dkt. 21.

District courts have inherent authority to control their docket. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). Therefore it is ORDERED:

Plaintiff's motion for temporary restraining order (Dkt. 9), motion for appointment of counsel (Dkt. 10), motion to file without first exhausting administrative remedies (Dkt. 11), motion for oral arguments (Dkt. 19), and second motion for oral arguments (Dkt. 20) are renoted. The Clerk is directed to renote the above noted motions for **December 15, 2017**.

Defendants are directed to respond to the substantive aspects of the above noted motions on or before **December 11, 2017**.

The Clerk is finally directed to provide plaintiff with a copy of this order.

Dated this 22nd day of November, 2017.

J. Richard Creatura
United States Magistrate Judge