# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

NATHAN ROBERT GONINAN,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

    Defendant.

CASE NO. 3:17-cv-05714-BHS-JRC

ORDER

Before the Court is the parties' stipulated motion for a 45 day stay of deadlines. Dkt. 39. Though the Court is inclined to grant the stipulation, it is unclear whether the parties seek to stay the deadlines as to the filing of an answer and dispositive motions, to stay the deadlines as to noting dates on pending motions, or to stay the case in its entirety. Therefore, the parties are directed to file a clarification, indicating which deadlines the parties have stipulated to stay, **on or before February 23, 2018**.

Dated this 15th day of February, 2018.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1