|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | WESTERN DISTRICT OF WASHINGTON AT TACOMA | |

| | |
|---|---|
| NATHAN ROBERT GONINAN, | |
| Plaintiff, | CASE NO. 3:17-cv-05714-BHS-JRC |
| v. | ORDER GRANTING STIPULATED MOTION TO STAY |
| WASHINGTON DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the Court are the parties' stipulated motion to stay (Dkt. 39) and defendants' statement of clarification (Dkt. 44).

The parties filed a stipulated motion to stay the deadlines in this case for 45 days. Dkt. 39. However, the Court was unsure whether the parties agreed to extend only certain deadlines or whether the parties requested full stay of the proceedings, and so ordered the parties to clarify

their stipulation. Dkt. 43. The parties filed a response indicating they intended to stay the entire proceeding in order to provide them time to resolve the action. Dkt. 44.

Having received this clarification, it is hereby ORDERED:

1) The stipulated motion (Dkt. 39) is granted. This action is stayed until April 13, 2018.
2) The Clerk is directed to terminate all pending motions (Dkts. 9, 20, 36) until the stay expires and the Court orders those motions to be renoted.

Dated this 23rd day of February, 2018.

J. Richard Creatura
United States Magistrate Judge