1

2

3

4

5

6

7

8

DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE J. RICHARD CREATURA

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

10

11

12

NATHAN ROBERT GONINAN, a.k.a.
NONNIE M. LOTUSFLOWER

13

Plaintiff,

14

v.

15

16

WASHINGTON DEPARTMENT OF
CORRECTIONS, et al.,

17

Defendants.

NO. 3:17-cv-05714-BHS-JRC

DECLARATION OF ELEANOR
VERNELL IN SUPPORT OF
DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT

18

I, ELEANOR VERNELL, make the following declaration:

19

1.      I have knowledge of the facts herein, am over eighteen years of age, and am

20

competent to testify to such facts.

21

2.      I have been employed by the Washington State Department of Corrections since

22

1984. In July 2017, I was appointed to the position of Prisons Deputy Director, Command B at

23

DOC Headquarters in Olympia, Washington. As Prisons Deputy Director, I oversee four of

24

DOC's twelve prison institutions. This includes the Washington State Penitentiary, Mission

25

Creek Corrections Center for Women, Coyote Ridge Corrections Center, and Washington

26

Corrections Center for Women. I possess extensive knowledge of the Department's safety,

DECLARATION OF ELEANOR VERNELL IN
SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT
No. 3:17-cv-05714-BHS-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  security and administrative concerns and am very familiar with Department prison operations,

2  policies, goals and programs.

3       3.    I do not have the education or training to make determinations regarding inmate

4  medical or mental health treatment decisions. Nor do my job duties require or provide that I have

5  any medical decision making authority. That authority is provided to the Department's Health

6  Services staff.

7       4.    According to Department records, the Plaintiff is currently housed at the

8  Monroe Correctional Complex in the Residential Treatment Unit of the Special Housing Unit

9  in Monroe, Washington. This is not a prison that I am tasked with overseeing.

10       I declare under the penalty of perjury that the foregoing is true and correct to the best of

11  my knowledge.

12       EXECUTED this __15__ day of March, 2019, at Tumwater, Washington.

13

14  *Eleanor Vernell*

    ELEANOR VERNELL

15  Deputy Director Prisons

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ELEANOR VERNELL IN
SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT
No. 3:17-cv-05714-BHS-JRC

    2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that I caused the foregoing Declaration of Eleanor Vernell in Support of

3  Defendants' Motion for Partial Summary Judgment to be electronically filed with the Clerk of

4  the Court using the CM/ECF system which will send notification of such filing to the following:

5          ANTOINETTE MARIE DAVIS          tdavis@aclu-wa.org

6          KRISTINA MARKOSOVA              kristinamarkosova@dwt.com

7          BENJAMIN BYERS                  bbyers@corrcronin.com

8          I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10         DATED this ____ day of March, 2019, at Spokane, Washington.

11

12                                          _____
                                            PATTY WILLOUGHBY
13                                          Legal Assistant III
                                            Corrections Division
14                                          1116 West Riverside Avenue, Suite 100
                                            Spokane, WA 99201-1106
15                                          (509) 456-3123
                                            PattyW@atg.wa.gov
16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ELEANOR VERNELL IN                3                ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF DEFENDANTS' MOTION FOR                                        Corrections Division
PARTIAL SUMMARY JUDGMENT                                         1116 West Riverside Avenue, Suite 100
No. 3:17-cv-05714-BHS-JRC                                             Spokane, WA 99201-1106
                                                                        (509) 456-3123