| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN ROBERT GONINAN,

          Plaintiff,

    v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

          Defendants.

CASE NO. 3:17-cv-05714-BHS-JRC

ORDER GRANTING STIPULATED MOTION TO AMEND THE COMPLAINT AND CASE CAPTION

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and local Magistrate Judge Rules MJR1, MJR3, and MJR4. *See* Dkts. 3, 87. This matter is before the Court on the parties' Stipulated Motion and Order To Amend Complaint and Case Caption. *See* Dkt. 97.

    Plaintiff Nathan Robert Goninan (a.k.a. Nonnie M. Lotusflower) is a transgender prisoner currently housed in the Monroe Correctional Complex. *See* Dkt. 97-1, at 1. Plaintiff brought this action *pro se* and *in forma pauperis* (*see* Dkts. 7, 8) but has since obtained counsel. *See* Dkt.

37.  Plaintiff brought a motion for partial summary judgment, which was denied, (*see* Dkts. 48, 87), and defendants have filed a motion for partial summary judgment, which they have withdrawn in light of their stipulation to amend the complaint.  *See* Dkts. 91, 98.

Plaintiff may now amend the complaint "only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  In light of the parties' stipulation, this Court **GRANTS** the motion to amend the complaint (Dkt. 97) and directs the Clerk to docket the amended complaint and to amend the case caption to be consistent with the amended complaint.

Dated this 15th day of April, 2019.

J. Richard Creatura
United States Magistrate Judge