|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |
| 9   |     |
| 10  | NATHAN R. GONINAN, |
| 11  | Plaintiff,     CASE NO. 3:17-cv-05714-BHS-JRC |
| 12  | v.     ORDER STAYING CASE |
| 13  | KARIE RAINER, *et al.*, |
| 14  | Defendants. |

This matter is before the Court on the parties' joint status report, including their request to stay this matter for another 180 days while they implement the settlement agreement. *See* Dkt. 118, at 2.

The parties previously obtained two 180-day stays of this matter to implement the settlement agreement. *See* Dkts. 113; 117. Those stays have expired, and the parties now request an additional 180-day stay. Dkt. 118, at 2. They explain that the COVID-19 pandemic has inhibited access to health providers required to implement the settlement. Dkt. 118, at 1.

1    The parties have established good cause for a third stay of this matter, and the Court
2 grants their motion.  This matter shall be stayed until September 20, 2021, unless the Court lifts
3 the stay upon the parties' motion.  On or before that date, the parties shall file a joint status report
4 advising the Court of the status of the matter and whether they agree to any additional stays.  The
5 parties shall promptly advise the Court if the settlement terms are satisfied before September 20,
6 2021.
7    Dated this 30th day of March, 2021.

J. Richard Creatura
Chief United States Magistrate Judge