UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN R. GONINAN, a.k.a.
NONNIE M. LOTUSFLOWER,

    Plaintiff,

v.

KARIE RAINER, *et al.*,

    Defendants.

CASE NO. 3:17-cv-05714-BHS-GJL

ORDER CONTINUING STAY

This matter is before the Court on the parties' joint status report, including their request to stay this matter for another 180 days while they implement the settlement agreement. *See* Dkt. 133.

The parties previously obtained seven stays of this matter to implement the settlement agreement. *See* Dkts. 114, 117, 119, 121, 127, 129, 131. Those stays have expired, and the parties now request an additional 180-day stay. Dkt. 133, at 2. They explain that plaintiff has completed the first of two planned surgeries and that the second surgery is now scheduled for October 2023. *Id*. at 1–2.


The parties have established good cause for another stay of this matter, and the Court grants their motion. This matter shall be stayed until November 17, 2023, unless the Court lifts the stay upon the parties' motion. On or before that date, the parties shall file a joint status report advising the Court of the status of the matter and whether they agree to any additional stays. The parties shall promptly advise the Court if the settlement terms are satisfied before November 17, 2023.

Dated this 22nd day of May, 2023.

Grady J. Leupold
United States Magistrate Judge