UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN R. GONINAN, a.k.a.
NONNIE M. LOTUSFLOWER

        Plaintiff,

  v.

KARIE RAINER, *et al.*,

        Defendants.

CASE NO. 3:17-cv-05714-BHS-GJL

ORDER CONTINUING STAY

This matter is before the Court on the parties' Joint Status Report, including their request to stay this matter for another 30 days to provide Plaintiff an opportunity to meet with her attorneys. *See* Dkt. 138.

The parties previously obtained eight stays of this matter to implement a settlement agreement. *See* Dkts. 114, 117, 119, 121, 127, 129, 131, 134. Those stays have expired, and the parties now request an additional 30-day stay. Dkt. 138, at 2. They explain that Plaintiff has completed the second of two planned surgeries and has also completed her post-operative follow up appointment. *Id*. at 1. The parties assert that, after the requested 30-day stay, they hope to be in a position to seek dismissal of this case. *Id*. at 2.

ORDER CONTINUING STAY - 1

The parties have established good cause for another stay of this matter, and the Court grants their request. This matter shall be stayed until December 18, 2023, unless the Court lifts the stay upon the parties' motion. On or before that date, the parties shall file a joint status report advising the Court of the status of the matter and whether they agree to any additional stays. The parties shall promptly advise the Court if the settlement terms are satisfied before December 18, 2023.

Dated this 20th day of November, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER CONTINUING STAY - 2